# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1294
Lower Tribunal No. 2015-CF-10402-A-O

_____

ERIC DAMONT DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Tarlika Teresa Nunez-Navarro, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and MIZE, JJ., concur.


Eric Damont Davis, Punta Gorda, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED